DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. CASTOR

No. 56 PC.

Case below: 28 N.C. App. 336.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 March 1976.

STATE v. HANSEN

No. 138 PC.

Case below: 27 N.C. App. 459.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

STATE v. HUNTER

No. 77 PC.

Case below: 28 N.C. App. 465.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 March 1976.

STATE v. HUNTER and GRAY

No. 69 PC.

Case below: 27 N.C. App. 534.

Petition by defendant Gray for discretionary review under G.S. 7A-31 allowed 2 March 1976.

STATE v. JOHNSON and DANIELS and SANTOS

No. 36 PC.

Case below: 28 N.C. App. 166.

Petition by defendant Daniels for discretionary review under G.S. 7A-31 denied 2 March 1976.